UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SAMANTHA MACKEY,**

      **Plaintiff,**

v.                                          Case No: 8:23-cv-98-MSS-AAS

**THE PEP BOYS MANNY MOE
AND JACK,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 27, 2023, the parties filed a Notice of Resolution, informing the Court that they "have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis." (Dkt. 19) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of March 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party