# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SAMANTHA MACKEY,**

    **Plaintiff,**

**v.**                                      Case No: 8:23-cv-98-MSS-AAS

**THE PEP BOYS MANNY MOE AND JACK,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 21), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims. Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** in Tampa, Florida this 4th day of August 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party